| Attorney or Party without Attorney:<br>Yitzchak Kopel, Esq.<br>BURSOR & FISHER, P.A.<br>1330 Avenue of the Americas 32nd Floor<br>New York, NY 10019<br>   *Telephone No:* 646.837.7150<br>   *Attorney For:* Plaintiff | *Ref. No. or File No.:*<br>3181 | **For Court Use Only** |
|---|---|---|

*Insert name of Court, and Judicial District and Branch Court:*
USDC-Northern District of Illinois

*Plaintiff:* Trey Parker and Jessica Batista
*Defendant:* Persona Identities, Inc.

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>1:24-cv-1103 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Case; Class Action Complaint; Civil Cover Sheet

3. a. Party served:    Persona Identities, Inc.
   b. Person served:    Kyle Cronin, authorized to accept serviced for LegalInc. Registered Agents, Agent for Service, served under F.R.C.P. Rule 4.

4. Address where the party was served:    4 Embarcadero Ctr Suite 1400 #85, San Francisco, CA 94111

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Feb 08 2024 (2) at: 01:27 PM

6. **Person Who Served Papers:**
   a. David Cipres (2022-0001510, San Francisco)
   b. **FIRST LEGAL**
      200 WEBSTER STREET, SUITE 201
      OAKLAND, CA 94607
   c. (415) 626-3111

   d. **The Fee** for Service was:

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

02/09/2024
(Date)

*(Signature)*



PROOF OF SERVICE

10397079
(378182)