# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TREY PARKER and JESSICA BATISTA, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>   v.<br><br>PERSONA INDENTITIES, INC.,<br><br>                Defendant. | Case No. 1:24-cv-01103<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)** |

TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Trey Parker and Jessica Batista hereby voluntarily dismiss their claims against defendant Persona Identities, Inc. without prejudice. Each party shall bear its own attorneys' fees and costs.

Dated: February 16, 2024

Respectfully Submitted,

**BURSOR & FISHER, P.A**

By:   /s/ Yitzchak Kopel
       Yitzchak Kopel

Yitzchak Kopel
Alec M. Leslie
1330 Avenue of the Americas
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: ykopel@bursor.com
           aleslie@bursor.com

*Counsel for Plaintiffs*